. [Civil No. 344.]

AH YOU, Appellee, v. DON YEN, Appellant.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. R. E. Sloan, Judge.

Barnes & Martin, for Appellant.

C. W. Wright, for Appellee.

September 29, 1892. Dismissed.

---

[Civil No. 232.]

H. D. UNDERWOOD, Appellant, v. THOMAS HUGHES, Auditor, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai. James H. Wright, Judge.

E. M. Sanford, for Appellant.

William Herring, Attorney-General, for Appellee.

September 29, 1892. Dismissed.